UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERIC CEPATA RICHMOND, | |
|---|---|
| Petitioner, | Case No. 18-03965 BLF (PR) |
| v. | **JUDGMENT** |
| PUBLIC DEFENDER OFFICE, et al., | |
| Respondents. | |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: October 16, 2018

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.18\03965Richmond_judgment